

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00210-CV

**THOMAS RAY SIDES,**

**Appellant**

 **v.**

**BILLIE J. HARRIS,**

**Appellee**

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 11646CV**

## MEMORANDUM  OPINION

Thomas Ray Sides appeals from the trial court's June 30, 2014 order dismissing his cause of action. Sides's brief was originally due on November 7, 2014. By letter dated November 12, 2014, this Court notified Sides that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter. More than 21 days have passed, and no response has been filed. Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).

AL SCOGGINS
Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 11, 2014
[CV06]

